

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print | | Logon |

**11AB-AC02913 - JASON SPARKS V NATIONAL ACTION FINANCIAL SERVICES,**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

This information is provided as a service and is not considered an official court record.

**Sort Date Entries:** ● Descending ○ Ascending     **Display Options:** All Entries

---

**12/22/2011**   **Summons Issued-Associate**
Document ID: 11-ADSM-3006, for NATIONAL ACTION FINANCIAL SERVICES, INC. SENT TO ATTY FOR SERVICE
**Judge Assigned**

**12/21/2011**   **Civil Setting Scheduled**
Scheduled For: 03/05/2012;  9:00 AM ;  DAVID L HOVEN;  Franklin County
**Pet Filed in Associate Ct**

---

Case.net Version 5.11.12.3            Return to Top of Page            Released 01/17/2012

EXHIBIT A

IN THE CIRCUIT COURT OF FRANKLIN COUNTY
ASSOCIATE JUDGE DIVISION
STATE OF MISSOURI

| | | |
|---|---|---|
| JASON SPARKS, | ) | |
| | ) | Case Number: |
| Plaintiff, | ) | 11AB-AC02913 |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONAL ACTION FINANCIAL | ) | Division VI |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

TO:  CT Corporation System
     120 S. Central Ave.
     Clayton, MO 63105

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgment part of this form and return one copy of the completed form to the sender within thirty days of:
01/12/12  .
Date

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must comply with the requirements of the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

<u>I DECLARE, UNDER PENALTY OF PERJURY, THAT THIS NOTICE WAS MAILED ON</u>

01/12/12
Date

Signature: *Carolyn Snelling*

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND PETITION

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____
Signature


_____
Relationship to Entity/Authority
Receive Service of Process


_____
Date Signed

IN THE CIRCUIT COURT OF FRANKLIN COUNTY
ASSOCIATE JUDGE DIVISION
STATE OF MISSOURI

JASON SPARKS,                      )
                                   )   Case Number:
    Plaintiff,                 )   11AB-AC02913
                                   )
vs.                                )
                                   )
NATIONAL ACTION FINANCIAL          )   Division VI
SERVICES, INC.,                    )
                                   )
    Defendant.                 )

NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

TO:   CT Corporation System
       120 S. Central Ave.
       Clayton, MO 63105

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgment part of this form and return one copy of the completed form to the sender within thirty days of:
_01/12/12_ .
Date

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must comply with the requirements of the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

<u>I DECLARE, UNDER PENALTY OF PERJURY, THAT THIS NOTICE WAS MAILED ON</u>

01/12/12
Date

Signature: *Carolyn Snelling*

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND PETITION

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____
Signature

_____
Relationship to Entity/Authority
Receive Service of Process

_____
Date Signed



# IN THE 20TH JUDICIAL CIRCUIT COURT, FRANKLIN COUNTY, MISSOURI

| Judge or Division:<br>DAVID L HOVEN | Case Number:  11AB-AC02913 |
|---|---|
| Plaintiff/Petitioner:<br>JASON SPARKS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>STEVEN R WHITE<br>316 E LOCUST ST<br>UNION, MO  63084<br>(636) 583-5760 |
| Defendant/Respondent:<br>NATIONAL ACTION FINANCIAL SERVICES, INC | Date, Time and Location of Court Appearance:<br>05-MAR-2012, 09:00 AM<br>DIVISION 6<br>401 EAST MAIN ST, RM 100A<br>UNION, MO  63084 |
| Nature of Suit:<br>AC Property Damage | |

(Date File Stamp)

## Associate Division Summons

The State of Missouri to: NATIONAL ACTION FINANCIAL SERVICES, INC
Alias:

C/O CT CORPORATION
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105

**COURT SEAL OF**

**FRANKLIN COUNTY**

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**JAN 0 5 2012**
Date

_Tammy Kleinheider_
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
                              Date                                    Notary Public

**Sheriff's Fees, if applicable**
Summons                              $_____
Non Est                                  $_____
Sheriff's Deputy Salary
Supplemental Surcharge      $   10.00
Mileage                                  $_____  ( _____ miles @ $_____ per mile)
Total                                       $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-09) SM20 (ADSM) *For Court Use Only:* **Document ID# 11-ADSM-3006**          1                          517.041 RSMo

In the Circuit Court of Franklin County
Associate Judge Division
State of Missouri

| | |
|---|---|
| Jason Sparks, | ) |
|     Plaintiff, | ) Case No. |
| Vs. | ) |
| | ) Division No. |
| National Action Financial Services, Inc. | ) |
| Serve: CT Corporation System | ) |
|     120 S. Central Ave. | ) |
|     Clayton, MO 63105 | ) |

## PETITION FOR DAMAGES
## TELEPHONE CONSUMER PROTECTION ACT

1. Plaintiff Jason Sparks is a resident of Franklin County, Missouri.

2. Defendant National Action Financial Services, Inc. is a New York Corporation with its business location and registered agent located in St. Louis County, Missouri.

3. Between October, 2010, and February, 2011, on information and belief, Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system and/or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff prays for judgment against defendant for statutory damages of $500.00 per call, additional damages of up to $1,000.00 per call, and for such other and further relief as the Court may deem just and proper in this cause.

Respectfully submitted,

_____
Purschke White Robinson & Becker L.L.C.
Steven R. White MBE 45595, 45595MO
316 E. Locust Street
Union, Missouri 63084
(636) 584-7100   FAX: (866) 804-1569
white@purschkewhite.com
ATTORNEY FOR PLAINTIFF