IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Jason Sparks** | ) | |
| 118 Central Ave. | ) | |
| Union, MO 63084, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:12-cv-00260-AGF |
| vs. | ) | |
| | ) | |
| **National Action Financial Services, Inc.** | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Settlement**

Plaintiff notifies the Court that the matter has been settled and requests the Court continue the case for thirty days for stipulation for dismissal to be filed.

Respectfully submitted,

/s/ Steven R. White
_____
Purschke, White, Robinson & Becker LLC
STEVEN R. WHITE #45595MO, MBE 45595
316 E. Locust
Union, Missouri 63084
white@purschkewhite.com
(636) 583-5760  Fax: (636) 583-4887
ATTORNEY FOR PLAINTIFF

1